**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330

Timothy Jones  #119841
Michael S. Helsley #199103
Jena M. Harlos #276420

Attorneys for:    Defendant, Halliburton Energy Services, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANDOVAL MERCADO, an individual; and WILLIAM CHENOWETH, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>HALLIBURTON ENERGY SERVICES, INC., a Delaware corporation<br><br>            Defendant. | Case No. 1:16-cv-00561-LJO-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING BINDING ARBITRATION**<br><br>**(Doc. 10)** |

## RECITALS

WHEREAS, Plaintiffs David Sandoval Mercado and William Chenoweth (collectively, "Plaintiffs") filed a Complaint in this action on April 20, 2016, against Defendant Halliburton Energy Services, Inc. ("Defendant");

WHEREAS, the claims alleged by Plaintiffs in their Complaint arise out of their employment relationship with Defendant;

WHEREAS, Plaintiffs agreed as a term and condition of their employment that all claims arising out of their employment relationship with Defendant must be submitted to binding arbitration in accordance with the terms of the Halliburton Company Dispute Resolution Program ("Halliburton DRP");

1   WHEREAS, on June 16, 2016, Plaintiff Chenoweth submitted a Demand for Arbitration to JAMS, Defendant responded on July 7, 2016, and an arbitrator was appointed on July 12, 2016, and a telephone conference to set an arbitration date is set for July 25, 2016;

WHEREAS, Plaintiff Mercado agrees all of his claims in this litigation are subject to binding arbitration in accordance with the Halliburton DRP and will submit a Demand for Arbitration to either JAMS or AAA on or before August 1, 2016;

WHEREAS, prior to binding arbitration, the Parties may elect to voluntarily attend mediation; and

WHEREAS, the Parties agree that proceedings in this Court shall be stayed pending the completion of mediation and/or binding arbitration. The Parties further agree that this Court shall retain jurisdiction to confirm the arbitration award, if any, and to enter judgment, if any, for the purposes of enforcement.

**STIPULATION**

Plaintiffs and Defendant, by and through their attorneys of record, hereby stipulate as follows:

1. All claims asserted by Plaintiff Chenoweth in this litigation will be resolved in the JAMS arbitration proceeding he initiated with his Demand for Arbitration dated June 16, 2016;

2. Plaintiff Mercado will submit all of his claims in this litigation to binding arbitration pursuant to the terms of the Halliburton DRP;

3. Plaintiff Mercado will make a Demand for Arbitration to either JAMS or AAA prior to August 1, 2016;

4. The Parties may elect to voluntarily attend mediation prior to binding arbitration;

5. All proceedings in this Court shall be stayed to allow the completion of mediation and if necessary, binding arbitration; and

///

///

///

{6058/047/00639073.DOCX}                    2
STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING BINDING ARBITRATION

6. The Court shall retain jurisdiction to confirm the arbitration award, if any, and enter judgment, if any, for the purposes of enforcement.

**IT IS SO STIPULATED.**

DATED: July 19, 2016                     **WANGER JONES HELSLEY PC**

By */s/ Jena M. Harlos*
Michael S. Helsley
Jena M. Graykowski,
Attorneys for Defendant
Halliburton Energy Services, Inc.

DATED: July 19, 2016                     **LAW OFFICES OF MICHAEL TRACY**

By */s/ Michael L. Tracy*
Michael L. Tracy
Attorneys for Plaintiffs
David Sandovla Mercado and William Chenoweth

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER**

1. The stipulation of the parties to remand this matter to arbitration is **GRANTED**;

2. The Scheduling Conference set for July 21, 2017 at 8:30 a.m. is vacated;

3. The matter is **STAYED**[1] to allow the completion of the arbitration; and

4. Every 120 days and no later than 30 days after the issuance of the arbitrator's decision, counsel **SHALL** file a joint status report; and

5. The Court retains jurisdiction to confirm the arbitration award and enter judgment for purposes of enforcement.

IT IS SO ORDERED.

Dated:  **July 19, 2016**           /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The FAA provides, "If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement . . ." 9 U.S.C § 3.