# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANDOVAL MERCADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HALLIBURTON ENERGY SERVICES, INC., <br><br> Defendant. | Case No.: 1:16-cv-00561 LJO  JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 13) |

On March 20, 2017, the parties notified the Court they have resolved the matter. (Doc. 13) Thus, the Court **ORDERS**:

1. A stipulation to dismiss the action **SHALL** be filed no later than April 21, 2017;
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **March 21, 2017**                         **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE