# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANDOVAL MERCADO, et al., | Case No.: 1:16-cv-00561 LJO JLT |
| Plaintiffs, | ORDER CLOSING CASE |
| v. | (Doc. 15) |
| HALLIBURTON ENERGY SERVICES, INC., | |
| Defendant. | |

The parties have stipulated to dismiss this case with prejudice. (Doc. 15) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: __July 11, 2017__            __/s/ Jennifer L. Thurston__
                                                           UNITED STATES MAGISTRATE JUDGE